UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON


BRENT ALAN PETERSON,

        Plaintiff,

v.                              Civil Action No. 2:11-cv-00867

INVENT TECH and
SAM ARTIOLI,

        Defendants.


<u>MEMORANDUM OPINION AND ORDER</u>


This action was previously referred to Mary E. Stanley, United States Magistrate Judge, who has submitted her Proposed Findings and Recommendation pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B).

The court has reviewed the Proposed Findings and Recommendation entered by the magistrate judge on May 8, 2012. The magistrate judge recommends that summary judgment be granted in favor of defendant Sam Artioli. The plaintiff has not objected to the Proposed Findings and Recommendation. The court concludes the recommended disposition is correct.

Accordingly, it is ORDERED that:

1.    The Proposed Findings and Recommendation be, and it hereby is, adopted by the court;

2.    Defendant Sam Artioli's motion for summary judgment be, and it hereby is, granted; and

3.    This case remains referred to the Honorable Mary E. Stanley, United States Magistrate Judge, for adjudication of the plaintiff's remaining claims.

The Clerk is directed to forward copies of this written opinion and order to the pro se plaintiff, the pro se defendant Sam Artioli, the pro se defendant Invent Tech at 2655 Lejune Road Suite 550, Coral Gables, Florida 33134, Brett Pollack, Esq., at 9350 South Dixie Highway, 10th Floor, Miami, Florida 33156, and the United States Magistrate Judge.

DATED:  June 12, 2012

John T. Copenhaver, Jr.
United States District Judge

2