```
          UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF WEST VIRGINIA
                 AT CHARLESTON
```

**BRENT ALAN PETERSON,**

       **Plaintiff,**

**v.**                                    **Civil Action No. 2:11-cv-00867**

**INVENT TECH,**

       **Defendant.**

## MEMORANDUM OPINION AND ORDER

This action was previously referred to Mary E. Stanley, United States Magistrate Judge, who has submitted her Proposed Findings and Recommendation pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B).

The court has reviewed the Proposed Findings and Recommendation entered by the magistrate judge on August 15, 2012. The magistrate judge recommends that the case be dismissed without prejudice as to defendant Invent Tech for failure to serve process. The plaintiff has not objected to the Proposed Findings and Recommendation. The court concludes the recommended disposition is correct.

Accordingly, it is ORDERED that:

1. The Proposed Findings and Recommendation be, and it hereby is, adopted by the court; and

2. This action be, and it hereby is, dismissed without prejudice.

The Clerk is directed to forward copies of this written opinion and order to the pro se plaintiff; the defendant Invent Tech at 2655 Lejune Road Suite 550, Coral Gables, Florida 33134; Brett Pollack, Esq., at 9350 South Dixie Highway, 10th Floor, Miami, Florida 33156; and the United States Magistrate Judge.

DATED: September 11, 2012

John T. Copenhaver, Jr.
United States District Judge